# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:10-cr-00069-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| FLOYD LEE BAKER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's letter requesting "a copy of the docket text unredacted," which the Court construes as a motion for a copy of the unredacted docket sheet [Doc. 42].

The Defendant was sentenced on September 21, 2011 to a term of 148 months' imprisonment. Judgment was entered on September 26, 2011. [Doc. 15]. The Defendant appealed [Doc. 17], but his appeal was dismissed upon motion of the Government. [Doc. 26]. There are currently no post-conviction proceedings pending before the Court.

The Defendant has failed to demonstrate a particularized need for a copy of the unredacted docket sheet. Furthermore, an unredacted docket sheet can contain sensitive information, the disclosure of which could

jeopardize a prisoner's safety. For these reasons, the Defendant's request is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter requesting "a copy of the docket text unredacted," which the Court construes as a motion for a copy of the unredacted docket sheet [Doc. 42], is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 6, 2018

Martin Reidinger
United States District Judge